1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>REBECCA SNELLEN, an individual; THOMAS TODOROVICH, an individual; SONNY TODOROVICH, an individual; DAVID JOHN, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:15-cv-03532-TJH-JEMx<br><br>**ORDER RE:**<br><br>1. **DISCHARGE OF PRIMERICA LIFE INSURANCE COMPANY;**<br><br>2. **DISTRIBUTION OF INTERPLEADER PROCEEDS;**<br><br>3. **PERMANENT INJUNCTION; AND**<br><br>4. **DISMISSAL OF ACTION WITH PREJUDICE.**<br><br>[JS-6]<br><br>[Stipulation filed concurrently] |

36089841v1 0970475

Pursuant to the stipulation of the parties, the Court hereby ORDERS as follows:

1. Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and its agents are discharged from any and all liability with respect to the subject Primerica life insurance policy, number 0431920579;

2. Primerica is awarded $6,681 in reasonable attorneys' fees and costs from the stake, and the Clerk of the United States District Court shall issue a check in that amount to "Primerica Life Insurance Company" from the proceeds deposited in Court, to be mailed to Primerica's counsel of record;

3. The Clerk of the United States District Court shall issue a check in the amount of $50,000 to "Thomas Todorovich, Sonny Todorovich, David John, and Law Office of Allan Calomino" from the proceeds deposited in Court, to be mailed to their counsel of record;

4. The Clerk of the United States District Court shall issue a check in the amount of $57,324.60, plus any and all interest accrued since the deposit of the stake in this Court, to "Rebecca Snellen" from the proceeds deposited in Court, to be mailed to her counsel of record;

5. Defendants-in-Interpleader Rebecca Snellen, Thomas Todorovich, Sonny Todorovich, and David John, and each of them and their respective agents, attorneys and assigns, are enjoined and restrained perpetually from instituting any suit at law or equity, or any action of any kind whatsoever, against Primerica or Primerica's agents in any way related to Primerica's life insurance policy number 0431920579; and

///
///
///
///

36089841v1 0970475

1        6.   This entire action is hereby dismissed with prejudice, with each party
2  bearing its/his/her own attorneys' fees and costs, except as expressly provided
3  herein above, and waiving all rights of appeal.

5        IT IS SO ORDERED.

7  Dated: Oct. 1, 2015

                                             HON. TERRY J. HATTER, JR.
                                             United States District Judge

**CC: FISCAL**

36089841v1 0970475